### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### CASE 9:15-CV-81520-KAM

UNITED STATES OF AMERICA and the
STATE OF FLORIDA
*ex rel*. DANIEL YARBROUGH
and *ex rel*. CODI FLETCHER

       Plaintiffs,

v.

AM-MED DIABETIC SUPPLIES, INC. d/b/a
BEYOND MEDICAL USA, et al.,

       Defendants.

## <u>JOINT STIPULATION OF VOLUNTARY DISMISSAL</u>

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), Daniel Yarbrough and Codi Fletcher ("Relators"), and Am-Med Diabetic Supplies, Inc. d/b/a Beyond Medical USA, David Soblick, Keith Aranoff, and Christian McKeon (collectively "Defendants") submit this Joint Stipulation of Voluntary Dismissal ("Stipulation") in accordance with the terms and conditions of the January 31, 2020, settlement agreement.

      In accordance with, and subject to the terms of, a settlement agreement reached between the Relators and Defendants the Relators dismisses all claims asserted by Relators in this Action with prejudice as to the Relator and without prejudice as to the United States and the State of Florida. The United States and the State of Florida have consented to the Relators' dismissal with prejudice and without prejudice as to the United States and the State of Florida.

The United States and Relators stipulate that Relators' claims, if any, for a share of the proceeds of the Settlement Amount pursuant to 31 U.S.C. § 3730(d) shall not be prejudiced until they are settled, adjudicated or otherwise resolved. The Court shall retain jurisdiction to adjudicate, if necessary, Relators' claim, if any, to a share of the proceeds of the Civil Action pursuant to 31 U.S.C. § 3730. The United States and Relators agree that this Stipulation and the dismissal of the claims against Defendants shall not be impacted by the adjudication and resolution of issues related to Relator's claim to a share of the proceeds of the Settlement Amount.

This Stipulation does not waive or otherwise affect the ability of the United States or any other person to contend that provisions in the False Claims Act, including 31 U.S.C. §§ 3730(b)(5), 3730(d)(3), and 3730(e), bars Relators or any other person from sharing in the proceeds of the settlement.

The United States, Relators, and Defendants respectfully request that the Court enter an Order in the form of the attached, proposed Order.

Date: April 28, 2020                                    Respectfully submitted,


                                        */s/ Sean Estes*
                                        Sean Estes
                                        Florida Bar No.: 055770
                                        sean@hoyerlawgroup.com
                                        HOYER LAW GROUP, PLLC
                                        2801 West Busch Blvd., Suite 200
                                        Tampa, FL 33618

                                        *Counsel for Relators, Daniel Yarbrough and Codi Fletcher*

/s/ Robert N. Nicholson
Robert N. Nicholson
robert@nicholsoneastin.com
Nicholson & Eastin, LLP
707 N.E. Third Avenue, Suite 301
Fort Lauderdale, FL 33304

*Counsel for Defendants, Am-Med Diabetic
Supplies, Inc. d/b/a Beyond Medical USA
and David Soblick*

/s/ Jeffrey A. Neiman
Jeffrey A. Neiman
jneiman@mnrlawfirm.com
MARCUS NEIMAN & RASHBAUM LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33315

*Counsel for Defendant, Keith Aronoff*

/s/ David S. Weinstein
David S. Weinstein
dweinstein@hinshawlaw.com
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134

*Counsel for Defendant, Christian McKeon*

_____
John C. Spaccarotella
john.spaccarotella@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
99 N.E. 4th Street, Third Floor
Miami, FL 33132

*Counsel for Plaintiff, United States of
America*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on April 28, 2020, on all counsel or parties of record on the attached service list.


_/s/ Sean Estes_____
Sean Estes

## CASE NO. 9:15-cv-81520- KAM
## SERVICE LIST

Sean Estes
sean@hoyerlawgroup.com
Jesse L. Hoyer
jesse@hoyerlawgroup.com
HOYER LAW GROUP, PLLC
2801 West Busch Blvd., Suite 200
Tampa, FL 33618

David Scher
dave@hoyerlawgroup.com
HOYER LAW GROUP, PLLC
1300 I Street, N.W., Suite 400E
Washington, DC 20005

R. Scott Oswald
soswald@employmentlawgroup.com
jquinn@employmentlawgroup.com
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, Suite 900
Washington, DC 20006

*Counsel for Relators, Daniel Yarbrough and Codi Fletcher*

Nicholson & Eastin, LLP
707 N.E. Third Avenue, Suite 301
Fort Lauderdale, FL 33304

*Counsel for Defendant, Am-Med Diabetic Supplies, Inc. d/b/a Beyond Medical USA*

Robert N. Nicholson
robert@nicholsoneastin.com
Nicholson & Eastin, LLP
707 N.E. Third Avenue, Suite 301
Fort Lauderdale, FL 33304

*Counsel for Defendant, David Soblick*

Jeffrey A. Neiman
jneiman@mnrlawfirm.com
Derick Vollrath
dvollrath@mnrlawfirm.com

MARCUS NEIMAN & RASHBAUM LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33315

*Counsel for Defendant, Keith Aronoff*

David S. Weinstein
dweinstein@hinshawlaw.com
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134

*Counsel for Defendant, Christian McKeon*

John C. Spaccarotella
john.spaccarotella@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
99 N.E. 4th Street, Third Floor
Miami, FL 33132

*Counsel for Plaintiff, United States of America*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE 9:15-CV-81520-KAM**

UNITED STATES OF AMERICA and the
STATE OF FLORIDA
*ex rel*. DANIEL YARBROUGH
and *ex rel*. CODI FLETCHER

       Plaintiffs,

v.

AM-MED DIABETIC SUPPLIES, INC. d/b/a
BEYOND MEDICAL USA, et al.,

       Defendants.

**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), Relators Daniel Yarbrough and Codi Fletcher ("Relators"), and Am-Med Diabetic Supplies, Inc., David Soblick, Keith Aranoff, and Christian McKeon (collectively "Defendants") filed a Joint Stipulation of Voluntary Dismissal. Upon consideration of the Stipulation, and the papers on file in this action,

    **IT IS HEREBY ORDERED:**

    1.    Consistent with the terms of the January 31, 2020 Settlement Agreement all claims asserted on behalf of the United States against Defendants in this action are dismissed without prejudice to the United States and the State of Florida and with prejudice to Relators;

    2.    This dismissal is without prejudice to Relators' claim, if any, for a share of the proceeds of the Settlement Amount (as defined in the Settlement Agreement) pursuant to 31

U.S.C. § 3730(d).  The adjudication and/or resolution of such claim will not impact this dismissal Order.

3.      The Court shall retain jurisdiction to adjudicate, if necessary, Relators' claim, if any, to a share of the proceeds of the Settlement Amount pursuant to 31 U.S.C. § 3730(d).  This Order does not waive or otherwise affect the ability of the United States or any other person to contend that provisions in the False Claims Act, including 31 U.S.C. §§ 3730(b)(5), 3730(d)(3) and 3730(e), bar Relators from sharing in the proceeds of the settlement.

IT IS SO ORDERED.

Dated:

_____
United States District Judge

Copies furnished to: All Counsel of Record